UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

161 HELEN ASSOCIATES LLC, doing business as 161 HELEN STREET ASSOCIATES LLC,

                    Plaintiff,

-against-

VALLEY FORGE INSURANCE COMPANY,

                    Defendant.

Civil Action No. 16-cv-958

**NOTICE OF REMOVAL**

---

PLEASE TAKE NOTICE on this date, defendant VALLEY FORGE INSURANCE COMPANY (hereafter "Valley Forge") by its undersigned counsel has filed this Notice of Removal pursuant to 28 U.S.C. 1441 and 28 U.S.C. 1446 in the office of the Clerk of the United States District Court for the Eastern District of New York. Said defendant by his undersigned attorneys shows:

1.    Plaintiff 161 HELEN ASSOCIATES LLC doing business as 161 HELEN STREET ASSOCIATES LLC ("hereinafter "Plaintiff") commenced this action in the Supreme Court of the State of New York, Suffolk County on February 4, 2016, under Index No.: 601727-2016 by filing a Summons and Complaint alleging breach of contract and related to a "Property Insurance Policy" issued to Plaintiff.

2.    A copy of the Summons and Complaint was received by Valley Forge on February 16, 2016 via mail from New York State Insurance Department in Albany, New York. A true copy of plaintiff's Summons and Complaint is attached as Exhibit A to the Index of Papers Served or Filed in State Court which is annexed hereto pursuant to Local Rule 81.1.

3.    Diversity jurisdiction is conferred upon this Court by 28 U.S.C. § 1332, which provides that district courts have original jurisdiction in actions where the amount in controversy

exceeds $75,000 and the action is between citizens of different states. The plaintiff's complaint claims damages of "at least $325,625.00" and seeks a judgment relief awarding such damages. The Plaintiff alleges it is a resident of the State of New York. Defendant Valley Forge Insurance Company is a Pennsylvania corporation.

4. This Notice of Removal is filed with this court within thirty days of Valley Forge's receipt, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon such action or proceeding as provided by 28 U.S.C. 1446(b).

5. Defendant Valley Forge hereby removes this action from the Supreme Court of the State of New York, Suffolk County, to the United States District Court for the Eastern District of New York.

Dated:   New York, New York
         February 25, 2016

          COLLIAU CARLUCCIO KEENER
          MORROW PETERSON & PARSONS

By:  *s/ Bernadette K. Kirwin*
     Bernadette K. Kirwin
     *Attorneys for Defendant*
     Valley Forge Insurance Company
     125 Broad Street, 7th Floor
     New York, New York 10004
     (212) 440-2747
     (312) 470-3247 FAX
     bernadette.kirwin@cna.com

TO:   CLERK OF THE NEW YORK SUPREME COURT,
      SUFFOLK COUNTY

      Mitchell J. Winn, Esq.
      LAW OFFICE OF MITCHELL J. WINN
      *Attorneys for the Plaintiff*
      585 Stewart Avenue, Suite 544
      Garden City, NY  11530
      (516) 385-6300
      winnlaw@optonline.net

2

3

## **INDEX OF PAPERS SERVED OR FILED IN STATE COURT**

Pursuant to 28 U.S.C. §1446(a), the following constitute all papers filed or served in New York State Supreme Court, up to the date of filing of this Notice of Removal. A copy of each document identified below is attached hereto as an exhibit, in chronological order and separately tabbed:

**EXHIBIT A:** Summons and Complaint filed February 4, 2106, served upon the defendant on or about February 16, 2016.

# EXHIBIT A

**NEW YORK STATE**
**DEPARTMENT of**
**FINANCIAL SERVICES**

| Andrew M. Cuomo | Shirin Emami |
| --- | --- |
| Governor | Acting Superintendent |

STATE OF NEW YORK

REC'D FEB 16 2016

Supreme Court, County of SUFFOLK

601727-2016

161 Helen Associates LLC, et. al.                           Plaintiff(s)

against

Defendant(s)

Valley Forge Insurance Company

RE: Valley Forge Insurance Company formerly known as American Aviation & General Insurance Company

Attorney for Plaintiff(s) and Defendant(s) please take notice as follows:

Attorney for Plaintiff(s) is hereby advised of acknowledgement of service upon this Department Summons and Verified Complaint in the above entitled action on February 08, 2016 at Albany, New York. The $ 40.00 fee is also acknowledged.

Original to Attorney for Plaintiff(s):

   Law Office of Mitchell J. Winn
   Mitchell J. Winn
   585 Stewart Avenue
   Suite 544
   Garden City, New York 11530

Persuant to the requirement of section 1212 of the Insurance Law, Defendant(s) is hereby notified of service as effected above. A copy of the paper is enclosed.

Duplicate to Defendant:

   Jonathan D. Kantor
   Valley Forge Insurance Company
   333 S. Wabash Avenue, 43 S
   Chicago, Illinois 60604

*Jacqueline Catalfamo*

**Jacqueline Catalfamo**
**Special Deputy Superintendent**

Dated Albany, New York, February 08, 2016
566485

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF** SUFFOLK
-------------------------------------------------------------------X
161 HELEN ASSOCIATES LLC, et al.,

                        Plaintiff/Petitioner,

   - against -                             Index No. 601727 - 2016

VALLEY FORGE INSURANCE COMPANY,

                        Defendant/Respondent.
-------------------------------------------------------------------X

## NOTICE OF COMMENCEMENT OF ACTION
## SUBJECT TO MANDATORY ELECTRONIC FILING

     PLEASE TAKE NOTICE that the matter captioned above has been commenced as an electronically filed case in the New York State Courts Electronic Filing System ("NYSCEF") as required by CPLR § 2111 and Uniform Rule § 202.5-bb (mandatory electronic filing). This notice is being served as required by that rule.

     NYSCEF is designed for the electronic filing of documents with the County Clerk and the court and for the electronic service of those documents, court documents, and court notices upon counsel and unrepresented litigants who have consented to electronic filing.

     Electronic filing offers significant benefits for attorneys and litigants, permitting papers to be filed with the County Clerk and the court and served on other parties simply, conveniently, and quickly. NYSCEF case documents are filed with the County Clerk and the court by filing on the NYSCEF Website, which can be done at any time of the day or night on any day of the week. The documents are served automatically on all consenting e-filers as soon as the document is uploaded to the website, which sends out an immediate email notification of the filing.

     The NYSCEF System charges no fees for filing, serving, or viewing the electronic case record, nor does it charge any fees to print any filed documents. Normal filing fees must be paid, but this can be done on-line.

     **Parties represented by an attorney:** An attorney representing a party who is served with this notice must either: 1) immediately record his or her representation within the e-filed matter on the NYSCEF site; or 2) file the Notice of Opt-Out form with the clerk of the court where this action is pending. Exemptions from mandatory e-filing are limited to attorneys who certify in good faith that they lack the computer hardware and/or scanner and/or internet connection or that they lack (along with all employees subject to their direction) the operational knowledge to comply with e-filing requirements. [Section 202.5-bb(e)]

     **Parties not represented by an attorney: Unrepresented litigants are exempt from e-filing. They can serve and file documents in paper form and must be served with documents in paper form.** However, an unrepresented litigant may participate in e-filing.

For information on how to participate in e-filing, unrepresented litigants should contact the appropriate clerk in the court where the action was filed or visit www.nycourts.gov/efile-unrepresented. Unrepresented litigants also are encouraged to visit www.nycourthelp.gov or contact the Help Center in the court where the action was filed. An unrepresented litigant who consents to e-filing may cease participation at any time. However, the other parties may continue to e-file their court documents in the case.

For additional information about electronic filing and to create a NYSCEF account, visit the NYSCEF website at www.nycourts.gov/efile or contact the NYSCEF Resource Center (phone: 646-386-3033; e-mail: efile@nycourts.gov).

Dated: February 4, 2016

_____
Signature

Mitchell J. Winn, Esq.
Name

LAW OFFICE OF MITCHELL J. WINN
Firm Name

585 Stewart Avenue, Suite 544
Address

Garden City, NY 11530

(516) 385-6300
Phone

WINNLAW@OPTONLINE.NET
E-Mail

To: VALLEY FORGE INSURANCE CO.

395 No. Service Road, Suite 400

Melville, NY 11747

9/3/15

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF SUFFOLK
-----------------------------------------------------------------------X
161 HELEN ASSOCIATES LLC, doing business as
161 HELEN STREET ASSSOCIATES LLC,

                                          Plaintiff,

    -against-

VALLEY FORGE INSURANCE COMPANY,

                                          Defendant.
-----------------------------------------------------------------------X

Index No. purchased on
February 4, 2016

Index No. 601727 - 2016

**SUMMONS**

Plaintiff designates Suffolk County
as the place of trial.

The basis of venue is the County
designated herein pursuant to CPLR
503(a) in that no party resides in
New York State.

TO THE ABOVE NAMED DEFENDANT:

     YOU ARE HEREBY SUMMONED to answer the complaint in this action and to serve a copy of your answer on the Plaintiff's Attorney within 20 days after the service of this summons, exclusive of the day of service (or within 30 days after the service is complete if this summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

Dated: February 4, 2016
           Garden City, New York

                                   Yours, etc.,

                                   LAW OFFICE OF MITCHELL J. WINN

                                   By: _____
                                          Mitchell J. Winn
                                   Attorneys for Plaintiff 161 HELEN ASSOCIATES LLC
                                   d/b/a 161 HELEN STREET ASSOCIATES LLC
                                   585 Stewart Avenue, Suite 544
                                   Garden City, New York 11530
                                   (516) 385-6300

To: VALLEY FORGE INSURANCE COMPANY
Defendant
395 North Service Road, Suite 400
Melville, New York 11747

VALLEY FORGE INSURANCE COMPANY
c/o New York Superintendent of Insurance
New York State Department of Financial Services

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF SUFFOLK
----------------------------------------------------------------------X
161 HELEN ASSOCIATES LLC, doing business as      Index No. 601727 - 2016
161 HELEN STREET ASSSOCIATES LLC,

**VERIFIED COMPLAINT**

Plaintiff,

-against-

VALLEY FORGE INSURANCE COMPANY,

Defendant.
----------------------------------------------------------------------X

The Plaintiff 161 HELEN ASSOCIATES LLC doing business as 161 HELEN STREET ASSSOCIATES LLC, (hereinafter "161 HELEN" or "Plaintiff"), by its attorneys The Law Office of Mitchell Winn, as and for its Complaint to obtain a judgment against Defendant VALLEY FORGE INSURANCE COMPANY (hereinafter "VFIC" or "Defendant"), respectfully alleges, upon information and belief, as follows:

## THE PARTIES

1. At all times hereinafter mentioned, plaintiff 161 HELEN was and is a foreign corporation, incorporated and existing under the laws of the State of New Jersey, with its principal place of business located at 161 Helen Street, Borough of South Plainfield, County of Middlesex, State of New Jersey (hereinafter the "subject premises").

2. At all times hereinafter mentioned, plaintiff 161 HELEN was the owner of, and/or did have an insurable interest in, the subject premises.

3. Upon information and belief, at all times hereinafter mentioned, defendant VFIC was and is an insurance company duly authorized and existing under the laws of the Commonwealth of Pennsylvania.

4. Upon information and belief, at all times hereinafter mentioned, defendant VFIC was and is an insurance carrier duly licensed and/or authorized to issue property insurance policies within the State

of New York.

5.   On or about November 3, 2013, VFIC did issue to 161 HELEN, for good and valuable consideration, its policy of insurance number B4031145499 (hereinafter the "policy"), effective from November 3, 2013 to and including November 3, 2014, insuring the subject premises and property of Plaintiff located thereat.

6.   The policy was issued by VFIC at the VFIC Long Island Branch office located at 395 North Service Road, Suite 400, Hamlet of Melville, Town of Huntington, County of Suffolk, State of New York.

7.   The policy did insure the subject premises and Plaintiff's property thereat against all risk of loss resulting from, e.g. water and its effects.

## AS AND FOR A FIRST CAUSE OF ACTION

8.   Plaintiff does repeat and reallege each and every allegation set forth in paragraphs "1" through "7", inclusive, as if each were again set forth herein in its respective entirety.

9.   On or about February 18, 2014, said policy was in full force and effect.

10.  By reason of an occurrence on or about February 18, 2014, the Plaintiff's subject premises and property did sustain damage due to a peril covered under the policy, to wit, water and its effects.

11.  Plaintiff has made due demand upon Defendant VFIC for the payment of said damages.

12.  VFIC has to date refused, and continues to refuse, to make payment for said damages.

13.  By reason of said failure and/or refusal to pay the damages claimed in the aforesaid occurrence, VFIC has breached its aforesaid policy and contract of insurance with Plaintiff.

14.  By reason of said breach of contract, Plaintiff has been damaged in the sum of the amount of the damage to its property and the subject premises, in a sum thought to exceed THREE HUNDRED TWENTY FIVE THOUSAND SIX HUNDRED TWENTY-FIVE DOLLARS ($325,625.00), plus interest thereon from the Eighteenth (18th) day of February, 2014.

15. **WHEREFORE, the Plaintiff 161 HELEN ASSOCIATES LLC d/b/a 161 HELEN STREET ASSOCIATES LLC, demands Judgment against Defendant VALLEY FORGE INSURANCE COMPANY in the sum of THREE HUNDRED TWENTY FIVE THOUSAND SIX HUNDRED TWENTY-FIVE DOLLARS ($325,625.00) on its First Cause of Action, plus interest, attorney fees, costs, and such other, different and further relief as may be deemed by the Honorable Court to be just, proper and equitable.**

Dated: Garden City, New York
February 4, 2016

Yours, etc.,

LAW OFFICE OF MITCHELL J. WINN

By: _____
Mitchell J. Winn
Attorneys for Plaintiff 161 HELEN ASSOCIATES LLC d/b/a
161 HELEN STREET ASSOCIATES LLC
585 Stewart Avenue, Suite 544
Garden City, New York 11530
(516) 385-6300

### VERIFICATION

MITCHELL J. WINN, an attorney duly admitted to practice before the Courts of the State of New York, hereby states and affirms, under the penalties of perjury and pursuant to CPLR 2106, that the foregoing COMPLAINT is true to the best of my knowledge, information and belief, and that the reason that this Verification is made by me is that I do not maintain an office in the County where the plaintiff maintains its principal place of business or where any of the officers thereof reside.

_____
MITCHELL J. WINN

Dated: Garden City, New York
February 4, 2016

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF SUFFOLK
----------------------------------------------------------------------X
161 HELEN ASSOCIATES LLC, doing business as          Index No. 601727 - 2016
161 HELEN STREET ASSSOCIATES LLC,

                                                Plaintiff,

      -against-

VALLEY FORGE INSURANCE COMPANY,

                                                Defendant.
----------------------------------------------------------------------X

## SUMMONS and VERIFIED COMPLAINT

### LAW OFFICE OF MITCHELL J. WINN
**Attorney for Plaintiff 161 HELEN ASSOCIATES LLC, d/b/a**
**161 HELEN STREET ASSSOCIATES LLC**
**585 Stewart Avenue, Suite 544**
**Garden City, NY 11530**
**(516) 385-6300**

      Mitchell J. Winn, an attorney duly admitted to practice law in the Courts of the State of New York, hereby certifies that to the best of my knowledge, information and belief, formed after an inquiry reasonable under the circumstances, the presentation of these papers or the contentions therein are not frivolous as defined in subsection (c) of section 130-1.1 of the Rules of the Chief Administrator (22NYCRR)

                                                                      _____
                                                                         MITCHELL J. WINN

Dated:   February 4, 2016
            Garden City, New York