UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
161 HELEN ASSOCIATES LLC doing business
As 161 HELEN STREET ASSOCIATES LCC,

                Plaintiffs,

-against-

VALLEY FORGE INSURANCE COMPANY,

                Defendant.
-----------------------------------------------------------------X

Case 2:16-cv-00958-LDW-AKT

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ NOV 18 2016 ★

LONG ISLAND OFFICE

## STIPULATION OF VOLUNTARY DISMISSAL
## PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above captioned action is voluntarily dismissed, with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

LAW OFFICE OF MITCHELL J. WINN

_____
Mitchell J. Winn, Esq.
*Attorney for Plaintiffs*
585 Stewart Avenue, Suite 544
Garden City, NY 11530
(516) 385-6300
(516) 626-0565 (fax)
winnlaw@msn.com

Dated: November 18, 2016

CNA COVERAGE LITIGATION GROUP

_____
Bernadette Kelly Kirwin, Esq.
*Attorney for Defendant*
Valley Forge Insurance Company
125 Broad Street, 7th Floor
New York, NY 10004
(212) 440-2747
(212) 440-2749 (fax)
bernadette.kirwin@cna.com

Dated: November 17, 2016

Case Closed.
So Ordered.

s/ Leonard D. Wexler
_____
LEONARD D. WEXLER, U.S.D.J.   11/28/16